UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MARK MCCURDY, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  1:06-cr-00080-JAW |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

**ORDER DISMISSING MOTION FOR LEAVE**

On June 21, 2016, the Court of Appeals for the First Circuit granted Mark McCurdy's application seeking leave to file a second or successive 28 U.S.C. § 2255 motion on the ground that Mr. McCurdy had made a prima facie showing that his challenge, pursuant to *Johnson v. United States*, 135 S. Ct. 2551 (2015), to his armed-career-criminal designation legitimately relies upon a "new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable." *J.* at 1 (quoting 28 U.S.C. § 2255(h)(2)) (ECF No. 376) (*J.*). On June 27, 2016, Mr. McCurdy filed a motion to vacate his sentence, *Mot. Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sent. by a Person in Fed. Custody* (ECF No. 380), and on June 27, 2016, the Magistrate Judge appointed David R. Beneman, the Federal Defender for the District of Maine, to represent Mr. McCurdy in his § 2255 motion. *Order Appointing Counsel* (ECF No. 382). On the same day, the Magistrate Judge also ordered the Government to answer Mr. McCurdy's motion. *Order to Ans.* (ECF No. 383).

On June 27, 2016, in addition to filing his motion to vacate, Mr. McCurdy filed with this Court a motion for leave in order to avoid missing the June 26, 2016 filing deadline. *Mot. for Leave* at 1-2 (ECF No. 381). Mr. McCurdy dated the motion for leave on June 20, 2016. *Id.* at 2. In the motion, Mr. McCurdy states that he is filing the motion for leave to file a § 2255 motion, and he asks the Court to "hold the same in abeyance pending authorization by the First Circuit Court of Appeals for permission to file the instant §2255 motion." *Id.* at 1. From this statement and from the date of the motion for leave, the Court concludes that Mr. McCurdy had not yet received the First Circuit's June 21, 2016 judgment, authorizing the filing of the second or successive § 2255 motion, when he mailed his motion for leave. *J.* at 1 ("The motion shall be deemed filed in the district court on November 25, 2015").

Because Mr. McCurdy's June 27, 2016 motion for leave requests from this Court the same relief that has already been granted by the Court of Appeals for the First Circuit, the Court DISMISSES as moot without prejudice Mark McCurdy's Motion for Leave (ECF No. 381).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 29th day of June, 2016